**Order entered January 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00589-CR**
**No. 05-18-00590-CR**
**No. 05-18-00591-CR**

**WILFRED EARL TARVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56635-X, F16-24069-X & F15-99720-X**

## ORDER

We **GRANT** appellee's December 31, 2018 motion to extend the time for filing the accompanying State's brief, and **ORDER** the brief filed as of today's date.

/s/     DAVID J. SCHENCK
PRESIDING JUSTICE